[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-12121
Non-Argument Calendar
_____

D.C. Docket No. 4:14-cr-00065-MW-CAS-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARREN CHRISTOPHER ROYAL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(January 15, 2016)

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, counsel for Darren Royal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Royal's convictions and sentences are **AFFIRMED**.